COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-18-00147-CR

Style:      Sanket Shukla v. The State of Texas

Date motion filed*:      May 7, 2018

Type of motion:      Notice of Appearance and Designation of New Lead Counsel

Party filing motion:      Appellant's Newly-Retained Counsel, Peyton Z. Peebles II and

Appointed Counsel, Hattie Sewell Shannon

Document to be filed:      N/A

Is appeal accelerated?      No.

Ordered that motion is:

    ☑ Granted
    ☐ Denied
    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
    ☑ Other: _____

Appellant's notice of appearance and designation of new lead counsel, construed as a motion to substitute counsel, is **granted** because it complies with Rule 6.5 and was signed by both appointed and newly-retained counsel. *See* TEX. R. APP. P. 6.5(b), (d). The Clerk of this Court is **directed** to remove Hattie Sewell Shannon as counsel for appellant and to substitute Peyton Z. Peebles II as appellant's lead counsel of record, if not done so already. *See id.* 6.1(c), 6.2.

Judge's signature: /s/ Laura C. Higley_____

        ☑ Acting individually    ☐ Acting for the Court

Date:  May 10, 2018